# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

FREDERIC PIERRE RENAUD BRILLARD,

Appellant,

v.

CHANTAL SAUMONT,

Appellee.

No. 2D22-2316

_____

September 15, 2023

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Frederic Pierre Renaud Brillard, pro se.

Paul A. McKenna of Paul A. McKenna & Associates, P.A., Miami, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.